**Thank you. Your request has been submitted.**

This is a request filed under the Freedom of Information Act.

Return to FOIA Request Generator

Request Date: **10/21/2005**
Request Reference Number: B1879

Return to FOIA Home Page

The time period of my request is between 5/1/1986 and 12/1/1986

Description of request:
**The documents we are looking for are referred to in the Republic of Philippines at 806 F.2d 344, 356. The Office of the Legal Advisor to the state dept filed a motion and statement of interest on the day of argument before the 2nd circuit. Surprisingly, the 2nd cir has a transcript of the argument that references the filing but its not in the court file! We have been informed numerous times that the documents are "missing". Thank you for your help, Hillary Giles**

☐ For faster processing please restrict the parameters of this FOIA request to the State Archiving System (SAS)--over 25 million electronic records consisting of telegrams from mid-1973 to present.

I am willing to pay fees for this request up to a maximum of $25.00

In order to help to determine my status to assess fees, you should know that I am

- ○ a representative of the news media affiliated with [ ] and this request is made as part of a news gathering effort and not for commercial use.(Additional documentation or comments will be required. See
- ○ affiliated with an educational or noncommercial scientific institution, and this request is made for a scholarly or scientific purpose and not for commercial use.(Additional documentation will be required. See
- ◉ an individual seeking information for personal use and not for commercial use.
- ○ affiliated with a private corporation and am seeking information for use in the company's business.

Additional Comments

Thank you for your consideration of my request. Sincerely,
**Hillary GIles.**

E-mail Address:
**hillarygiles@hotmail.com**

Street Address:
**321 South Main Street Suite 400**