**United States Department of State**

***Washington, D.C. 20520***

January 3, 2006
Case Number: 200504706

Ms. Hillary Giles
321 South Main Street, Suite 400
Providence, RI 02903

Dear Ms. Giles:

This is in response to your Freedom of Information Act (FOIA) request, dated October 21, 2005 for copies of documents referred to in the Republic of Philippines at 806 F.2d 344, 356. The Office of the Legal Advisor to the State Department filed a motion and statement of interest on the day of argument before the 2nd Circuit.

We will begin the processing of your request based upon the information provided in your communication. We will notify you as soon as responsive material has been retrieved and reviewed.

We wish to advise you that the cut-off date for retrieving records is either the date you have given the Department by specifying a particular time frame or the date the search is initiated.

**Fees:** The Freedom of Information Act requires agencies to assess fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

By making a FOIA request, you have agreed to pay all applicable fees up to $25.00 unless a fee waiver has been granted. You may specify a willingness to pay a greater or lesser amount. If the estimated fees exceed this limit, you will be notified.

Based upon the information that you have provided, we have placed you in the all others requester category. This category requires us to assess search time after 2 hours/duplication costs after the first 100 pages (see 22 CFR 171, enclosed).

You have stated your willingness to pay the fees incurred in the processing of this request up to $25.00.

We will notify you of the costs incurred in processing your request as soon as the search for and review of any responsive documents have been completed.

While we will make every effort to meet the time limits cited in the Freedom of Information Act (5 USC § 552), unusual circumstances may arise for extending the time limit (see enclosure). We appreciate your patience in this matter.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

We are pleased to be of service to you.

Sincerely,

Gaisha Cook for
Requester Communications Branch

Enclosure: As stated.

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*