UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNY RUBIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-146ML |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| OFFICE OF THE LEGAL ADVISOR | ) | |
| | ) | |
| Defendant. | ) | |

**DISMISSAL STIPULATION**

Plaintiff Jenny Rubin and Defendant U. S. Department of State, Office of the Legal Advisor, by and through their undersigned counsel, hereby stipulate and agree that plaintiff's complaint against the U. S. Department of State, Office of the Legal Advisor, is dismissed by plaintiff with prejudice, each party to bear her or its own fees, costs, and expenses.

[signature] 5/10/06
ROBIN E. FEDER
Assistant U.S. Attorney
Attorney for Defendant
Fleet Building, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000

[signature] 5/11/06
DAVID J. STRACHMAN, ESQ.
McINTYRE, TATE, LYNCH & HOLT
Attorney for Plaintiff
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700

Enter: Mary M. Lisi USDJ 5/12/06